607 A.2d 1076

Thomas J. FINUCANE, Individually and on behalf of other Area 4 Milk Consumers, Appellants,

v.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA MILK MARKETING BOARD, Appellee,

and

Pennsylvania Food Merchants' Association and South Central Milk Dealers Association, Intervenors.

Supreme Court of Pennsylvania.

Argued May 6, 1992.

Decided June 11, 1992.

Thomas J. Finucane, Chambersburg, for appellants.

Thomas Crowley, Harrisburg, Randall N. Sears, Lancaster, for Pennsylvania Milk Marketing Bd.

Donn L. Snyder, Harrisburg, for Pennsylvania Food Merchants' Ass'n.

Allen C. Warshaw, Mechanicsburg, for South Central Milk Dealers Ass'n.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.